Filed: February 20, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

SUPPLEMENTAL BRIEFING ORDER

_____

No. 22-4201,   <u>US v. Corey Edwards</u>
3:21-cr-00064-RJC-DSC-1

The court directs supplemental briefing as follows:

Supplemental opening brief due: 03/26/2024

Response brief due: 04/16/2024

Reply brief permitted within 10 days of service of response brief.

The briefs and any supplemental appendix must conform to the **Fourth Circuit Brief & Appendix Requirements** and the **Appendix Pagination & Brief Citation Guide** (available as links from this order and at **www.ca4.uscourts.gov**).

/s/ NWAMAKA ANOWI, CLERK
By: Anisha Walker, Deputy Clerk